LAMAR v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 5, 1915.) No. 59. In Error to the District Court of the United States for the Southern District of New York. On motion to dismiss writ of error. See, also, 210 Fed. 685. Carl E. Whitney, of New York City, for plaintiff in error. H. Snowdin Marshall, U. S. Atty., of New York City. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. If the appeal to the Supreme Court be discontinued, this motion will be denied. If plaintiff in error elects to prosecute it, this motion will be granted. Plaintiff in error may have 10 days in which to make his election.

---

LEHIGH & WILKES-BARRE COAL CO. v. HARTFORD & N. Y. TRANSP. CO. HARTFORD & N. Y. TRANSP. CO. v. LEHIGH & WILKES-BARRE COAL CO. (Circuit Court of Appeals, Second Circuit. October 5, 1915.) Nos. 295, 296. Appeals from the District Court of the United States for the Southern District of New York. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. A libel and cross-libel were filed, in the District Court. These together constitute but one cause. The District Judge directed that the cross-libel be dismissed and that the original libelant recover some $4,000 against the cross-libelant. Instead of entering one decree, as the proper practice is, separate decrees were entered, and the cross-libelant appealed from each. The two claims were tried together in the District Court as one cause. But one record was printed on appeal and but one argument had in this court. The appellant having succeeded very substantially in this court, viz., having reversed the decree against it, was given a full bill of costs, and we still think it was entitled thereto.

---

L. E. WATERMAN CO. v. STANDARD DRUG CO. et al. (Circuit Court of Appeals, Sixth Circuit. May 14, 1915.) No. 2615. Appeal from the District Court of the United States for the Northern District of Ohio. Watson & Raymond, of New York City, for appellant. T. H. Bushnell, of Cleveland, Ohio, for appellee.

PER CURIAM. Affirmed, with costs. See, also, 222 Fed. 1023, 137 C. C. A. 666.

---

LOCKE v. LEE. (Circuit Court of Appeals, Eighth Circuit. December 8, 1915.) No. 4579. In Error to the District Court of the United States for the District of Minnesota. Ambrose Tighe and E. W. Knapp, both of St. Paul, Minn., for plaintiff in error. W. S. Lauder, of Wahpeton, N. D., and Durment, Moore, Oppenheimer & Haupt, of St. Paul, Minn., for defendant in error.

PER CURIAM. Dismissed, without costs to either party in this court; mandate to issue forthwith, and attorney fee for defendant in error waived, per stipulation of parties.